# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02178-RPM-BNB

ROSE BEAM,

    Plaintiff,

v.

ACCOUNT SERVICES COLLECTIONS, INC., a Texas corporation,

    Defendant.

___

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with Prejudice, each party to pay its own attorney's fees and costs.

Dated: November 20th, 2006

    BY THE COURT:

    s/Richard P. Matsch
    _____
    U.S. DISTRICT JUDGE